```
DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor
```



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| SUSAN ABACO JORDAN | Case No. 04-53533 RLE |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2471233 for an unclaimed dividend in the amount of $7.82.  The name and address of the claimant entitled to the unclaimed dividend is as follows;

SUSAN ABACO JORDAN
8381 CORTINA CIR
ROSEVILLE, CA  95678

Dated: July 02, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE